VILLAGE OF TREMPEALEAU, Plaintiff-Respondent,

v.

Mike R. MIKRUT, Defendant-Appellant-Petitioner.

Supreme Court

*Nos. 03–0534 through 03–0553. Decided October 29, 2004.*

2004 WI 135

(Also reported in 688 N.W.2d 656.)

¶ 1. PER CURIAM.   The motion for reconsideration is denied, with $50.00 costs.

¶ 2.   JON P. WILCOX and LOUIS B. BUTLER, JR., J.J., did not participate.